**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MIGUEL OYOLA,**

    **Plaintiff,**

**vs.**                                             **Case No. 4:17cv216-RH/CAS**

**BARACK OBAMA,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case by submitting an affidavit with a complaint form. ECF No. 1. The complaint form was unsigned, although Plaintiff signed the affidavit, and contains no factual allegations, no statement of claims, and no request for relief. Plaintiff also filed an "amended complaint," on June 12, 2017. That document was frivolous and did not allege that Plaintiff's constitutional rights were violated. Additionally, Plaintiff was advised that his requested relief (to have former President Obama arrested, charged, and "sentence[d] to death by burning at the stake") was not relief that could be provided in a civil rights action. ECF No. 5.

Additionally, an Order was entered requiring Plaintiff to either pay the filing fee for this case or file an in forma pauperis motion no later than **July 24, 2017**. ECF No. 5. Plaintiff was advised that if he did not comply with that Order, a recommendation would be entered recommending that this case be dismissed. *Id.* Nothing further has been received from Plaintiff. Having been warned of the consequences of failing to comply, this case should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a court order and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on August 3, 2017.

    S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.